**Fred HAYWOOD Petitioner-Appellant**

v.

**C.V. RIVERA, Warden, FCI-Forrest City Medium Respondent-Appellee**

No. 16-2615

United States Court of Appeals, Eighth Circuit.

Submitted: January 30, 2017

Filed: January 30, 2017

Fred Haywood, Pro Se

Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Respondent-Appellee

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Federal inmate Fred Haywood appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Upon careful de novo review, see Flowers v. Anderson, 661 F.3d 977, 980 (8th Cir. 2011), we conclude the action was properly dismissed for the reasons stated in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).